IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THOMAS JAMES, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WDQ-13-3923 |
| PROFESSIONAL RECOVERY CONSULTANTS, INC., et al., | * | |
| Defendants | * | |

\*\*\*

## ORDER

On January 6, 2014, this Court issued an Order requiring Plaintiff to either pay the full filing fee or file a Motion to Proceed in Forma Pauperis. ECF No. 2. Plaintiff was provided 21 days in which to file the supplemental information and was forewarned that failure to file the information required would result in dismissal of the complaint. *Id.* Plaintiff has filed nothing further in the case.

Accordingly, it is this 31st day of January, 2014, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;
2. The Clerk IS DIRECTED to MAIL a copy of this Order to Plaintiff; and
3. The Clerk IS FURTHER DIRECTED to CLOSE this case.

William D. Quarles, Jr.
United States District Judge